Case: 2:25-mc-51520
Assigned To : DeClercq, Susan K.
Assign. Date : 12/29/2025

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 24-cr-20608
                              Hon. SUSAN K. DECLERQ

Vs.

JEANISIA ALLEN,

        Defendant.
_____/

TIMOTHY WYSE
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313-226-9144
Email: Timothy.Wyse@usdoj.gov

JESSICA ASHLEY NATHAN
DOJ-USAO
211 W. Fort St.
Ste. 2001
Detroit, MI 48226
313-226-9500
Email: jessica.nathan@usdoj.gov

SANFORD A. SCHULMAN
Attorney for Claimant
        PRINCE DOBBINS
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
(313) 963-4740
Email: saschulman@comcast.net
_____/

## CLAIMANT, JOHN DOBBINS
## PETITION CLAIMING INTEREST IN PROPERTY SUBJECT TO FORFEITURE

1

NOW COMES the Claimant and Petitioner, JOHN DOBBINS, by and through his attorney, SANFORD A. SCHULMAN and hereby submits this Claim in Support of the Petition pursuant to 18 USC Sec. 983 claiming an interest in the following real property:

1. Property Subject to Forfeiture: Real property located at 28915 Carmel Dr., Southfield, Michigan with the following legal description:

   LOT 491, BEVERLY WOODS SUBDIVISION NO. 5, AS RECORDED IN LIBER 105 ON PAGES 26 AND 27 OF PLATS, OAKLAND COUNTY RECORDS. PARCEL ID: 76-24-15-127-017

1. The petitioner/claimant, JOHN DOBBINS, is the rightful owner and shares all rights and title to said property with PRINCE DOBBINS and PRINCESS DOBBINS by way of QUIT CLAIM DEED that was conveyed by JEANISIA ALLEN on or about September 1, 2019.

2. The claimant's mother, FANNIE JENKINS, was the original owner of said real property. JEANISIA ALLEN was a close friend of FANNIE JENKINS and Ms. Allen purchased said house and paid the mortgage and transferred ownership to PRINCESS DOBBINS, PRINCE DOBBINS and JOHN DOBBINS. The transfer of the ownership of the property predates the allegations in the criminal complaint against JEANISIA ALLEN.

3. FANNIE JENKINS continues to reside in said house and has expressed her desire that the ownership of the real property be transferred to PRINCESS DOBBINS, PRINCE DOBBINS and JOHN DOBBINS

4. PRINCESS DOBBINS, PRINCE DOBBINS and JOHN DOBBINS are innocent owners of the property and have no involvement in the allegations pertaining to JEANISIA ALLEN.

The Foregoing is True to the Best of My information and Belief:

_____
JOHN DOBBINS

Subscribed and sworn to before me
This 23rd day of December, 2025

_____
SUSAN E. SCHULMAN
Notary Public, County of Oakland
Acting in the County of Wayne
My Commission Expires: February 11, 2027

SUSAN E. SCHULMAN
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires February 11, 2028
Acting in the County of Wayne

3

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 24-cr-20608
                              Hon. SUSAN K. DECLERQ
Vs.

JEANISIA ALLEN,

        Defendant.
_____/
TIMOTHY WYSE
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313-226-9144
Email: Timothy.Wyse@usdoj.gov

JESSICA ASHLEY NATHAN
DOJ-USAO
211 W. Fort St.
Ste. 2001
Detroit, MI 48226
313-226-9500
Email: jessica.nathan@usdoj.gov

SANFORD A. SCHULMAN
Attorney for Claimant
       PRINCE DOBBINS
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
(313) 963-4740
Email: saschulman@comcast.net
_____/

**CLAIMANT, PRINCE DOBBINS**
**PETITION CLAIMING INTEREST IN PROPERTY SUBJECT TO FORFEITURE**

1

NOW COMES the Claimant and Petitioner, PRINCE DOBBINS, by and through his attorney, SANFORD A. SCHULMAN and hereby submits this Claim in Support of the Petition pursuant to 18 USC Sec. 983 claiming an interest in the following real property:

1. Property Subject to Forfeiture: Real property located at 28915 Carmel Dr., Southfield, Michigan with the following legal description:

   LOT 491, BEVERLY WOODS SUBDIVISION NO. 5, AS RECORDED IN LIBER 105 ON PAGES 26 AND 27 OF PLATS, OAKLAND COUNTY RECORDS. PARCEL ID: 76-24-15-127-017

1. The petitioner/claimant, PRINCE DOBBINS, is the rightful owner and shares all rights and title to said property with JOHN DOBBINS and PRINCESS DOBBINS by way of QUIT CLAIM DEED that was conveyed by JEANISIA ALLEN on or about September 1, 2019.

2. The claimant's mother, FANNIE JENKINS, was the original owner of said real property. JEANISIA ALLEN was a close friend of FANNIE JENKINS and Ms. Allen purchased said house and paid the mortgage and transferred ownership to PRINCESS DOBBINS, PRINCE DOBBINS and JOHN DOBBINS. The transfer of the ownership of the property predates the allegations in the criminal complaint against JEANISIA ALLEN.

3. FANNIE JENKINS continues to reside in said house and has expressed her desire that the ownership of the real property be transferred to PRINCESS DOBBINS, PRINCE DOBBINS and JOHN DOBBINS

4. PRINCESS DOBBINS, PRINCE DOBBINS and JOHN DOBBINS are innocent owners of the property and have no involvement in the allegations pertaining to JEANISIA ALLEN.

The Foregoing is True to the Best of My information and Belief:

*Princess Dobbins*
PRINCESS DOBBINS

Subscribed and sworn to before me
This 23rd day of December, 2025

*Susan E. Schulman*
SUSAN E. SCHULMAN
Notary Public, County of Oakland
Acting in the County of Wayne
My Commission Expires: February 11, 2027

SUSAN E. SCHULMAN
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires February 11, 2028
Acting in the County of Wayne

3

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 24-cr-20608
                              Hon. SUSAN K. DECLERQ

Vs.

JEANISIA ALLEN,

        Defendant.
_____/

TIMOTHY WYSE
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313-226-9144
Email: Timothy.Wyse@usdoj.gov

JESSICA ASHLEY NATHAN
DOJ-USAO
211 W. Fort St.
Ste. 2001
Detroit, MI 48226
313-226-9500
Email: jessica.nathan@usdoj.gov

SANFORD A. SCHULMAN
Attorney for Claimant
        PRINCE DOBBINS
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
(313) 963-4740
Email: saschulman@comcast.net
_____/

**CLAIMANT, PRINCESS DOBBINS
PETITION CLAIMING INTEREST IN PROPERTY SUBJECT TO FORFEITURE**

1

NOW COMES the Claimant and Petitioner, PRINCESS DOBBINS, by and through her attorney, SANFORD A. SCHULMAN and hereby submits this Claim in Support of the Petition pursuant to 18 USC Sec. 983 claiming an interest in the following real property:

1. Property Subject to Forfeiture: Real property located at 28915 Carmel Dr., Southfield, Michigan with the following legal description:

   LOT 491, BEVERLY WOODS SUBDIVISION NO. 5, AS RECORDED IN LIBER 105 ON PAGES 26 AND 27 OF PLATS, OAKLAND COUNTY RECORDS. PARCEL ID: 76-24-15-127-017

1. The petitioner/claimant, PRINCESS DOBBINS, is the rightful owner and shares all rights and title to said property with JOHN DOBBINS and PRINCE DOBBINS by way of QUIT CLAIM DEED that was conveyed by JEANISIA ALLEN on or about September 1, 2019.

2. The claimant's mother, FANNIE JENKINS, was the original owner of said real property. JEANISIA ALLEN was a close friend of FANNIE JENKINS and Ms. Allen purchased said house and paid the mortgage and transferred ownership to PRINCESS DOBBINS, PRINCE DOBBINS and JOHN DOBBINS. The transfer of the ownership of the property predates the allegations in the criminal complaint against JEANISIA ALLEN.

3. FANNIE JENKINS continues to reside in said house and has expressed her desire that the ownership of the real property be transferred to PRINCESS DOBBINS, PRINCE DOBBINS and JOHN DOBBINS

2

4. PRINCESS DOBBINS, PRINCE DOBBINS and JOHN DOBBINS are innocent owners of the property and have no involvement in the allegations pertaining to JEANISIA ALLEN.

The Foregoing is True to the Best of My information and Belief:

_Prince Dobbins_
PRINCE DOBBINS

Subscribed and sworn to before me
This 23rd day of December, 2025

_Susan E. Schulman_
SUSAN E. SCHULMAN
Notary Public, County of Oakland
Acting in the County of Wayne
My Commission Expires: February 11, 2027

SUSAN E. SCHULMAN
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires February 11, 2028
Acting in the County of Wayne

3

OAKLAND COUNTY
REGISTER OF DEEDS

2022 JUN -3 PM 10: 35

6/3/2022  10:44:35 AM  Receipt #000305574
$21.00  Misc Recording
$4.00   Remonumentation
$5.00   Automation
$0.00   Transfer Tax
UCC #
PAID RECORDED - Oakland County, MI
Lisa Brown, Clerk/Register of Deeds

# QUIT CLAIM DEED
COVER SHEET

2 P
E

OK LB

**QUIT CLAIM DEED** – 863 (Rev 5/03)
(State Bar of Michigan Form)
This Form is Available from Target Information Management Inc (517) 337-1211

The Grantor(s)*    Jeanisia Allen, a married woman
whose address is    26640 Carly Dr, Brownstown, MI 48174

quit-claim(s) to    Princess Dobbins, a single woman

quit-claim(s) to    Prince Dobbins, a single man

quit-claim(s) to    John Dobbins, a single man

whose address is    28915 Carmel Dr, Southfield, MI 48076

the following described premises situated in the City

of  City of Southfield, County of Oakland and State of Michigan

Lot 491, Beverly Woods Subdivision No 5, as recorded in Liber 105 on Pages 26 and 27 of Plats, Oakland County Records
Tax Parcel No  76-24-15-127-017

Commonly known as  28915 Carmel Dr, Southfield, MI 48076-5507
Belonging or in anywise appertaining, for the full consideration of **One dollar and zero cents ($1 00)**, subject to easements, restrictions and reservations of record  Exempt pursuant to MCL 207 505(a) and MCL 207 526(a)
The Grantor grants to the Grantee the rights to make (all) divisions under section 108 of land division Act, 288 of the Public Act of 1967

Dated this ___1st___ day of ___September, 2019___

_____
Signed by Jeanisia Allen

STATE OF MICHIGAN  }
COUNTY OF  Oakland   } SS

The foregoing instrument was acknowledged before me this 19th day 4 1 2019 By: Jeanisa Allen

_____
Notary Public,
Wayne County, Michigan
My Commission Expires

JENNIFER SHERMAN
NOTARY PUBLIC STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Jan 8, 2021
ACTING IN COUNTY OF WAYNE

When Recorded Return To           Drafted by
Grantee                            Jennifer Sherman
28915 Carmel                       29155 Northwestern Hwy
Southfield, MI 48076               Southfield, MI 48034

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,
                Case No. 24-cr-20608
                Hon. SUSAN K DECLERCQ

vs.

JEANISIA ALLEN,

        Defendant.
_____/

JESSICA ASHLEY NATHAN
DOJ-USAO
211 W. Fort St., Ste. 2001
Detroit, MI 48226
313-226-9500
Fax: 313-226-3800
Email: jessica.nathan@usdoj.gov

SANFORD A. SCHULMAN
Attorney for Claimants:
    PRINCE DOBBINS, PRINCESS DOBINS and
    JOHN DOBBINS
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
(313) 963-4740
saschulman@comcast.net
_____/

1

**CERTIFICATE OF SERVICE**

I certify that a copy of the CLAIMANTS PRINCE DOBBINS, PRINCESS DOBBINS and JOHN DOBBINS PETITION AND CLAIM OF INTEREST IN REPONSE TO GOVERNMENT'S PETITION TO FORFEIT REAL PROPERTY (R. 27) was filed with the Clerk of the Court, Eastern District of Michigan, 231 W. Lafayette, Detroit, Michigan 48226 and upon:

JESSICA ASHLEY NATHAN
DOJ-USAO
211 W. Fort St., Ste. 2001
Detroit, MI 48226
313-226-9500

By Email: jessica.nathan@usdoj.gov on the 24th day of December, 2025 and upon the Clerk of the Eastern District of Michigan by hand delivery on the ___29th___ day of December which provides electronic service to all parties

_____
SCARLETT CONSTAND

2